**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**U.S. BANK NATIONAL ASSOCIATION,**

                           **Plaintiff,**                    **REPORT AND**
                                                              **RECOMMENDATION**

                     **-against-**                          **20-CV-849 (RPK)**

**ROHIT NANAN, et al.,**

                           **Defendants.**
-----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      Since serving the Complaint, which was filed on February 17, 2020, plaintiff has taken no further action to prosecute its claims. Plaintiff ignored two court orders to file status reports, one issued on May 19, 2021, and the other issued on May 27, 2021 warning plaintiff to cure its omission, on pain of sanctions. See Status Report Order (May 27, 2021); Status Report Order (May 19, 2021). By Order to Show Cause dated June 3, 2021, this Court gave plaintiff "one final opportunity" to pursue its claims and to show cause, in writing, by June 8, 2021, why sanctions should not be imposed and the case should not be dismissed for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. See Order to Show Cause (June 3, 2021). For a third time, plaintiff has ignored an order of this Court.

      Accordingly, by failing to take any action in this case and failing to respond to this Court's orders, plaintiff has demonstrated its continued disinterest in pursuing its claims. It is therefore the recommendation of this Court that the complaint be dismissed with prejudice for lack of prosecution.

      Any objections to this Report and Recommendation must be filed with the Honorable

Rachel P. Kovner on or before July 1, 2021. Failure to file objections in a timely manner may waive a right to appeal the District Court order. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a)(1), 72(b)(2); Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008).

Plaintiff is directed to promptly serve copies of this Report and Recommendation on defendants, and to file proof of service.

**SO ORDERED.**

Dated:   Brooklyn, New York
         June 17, 2021

/s/ *Roanne L. Mann*

**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**