

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716) 204-1700
Fax (716) 204-1702
http://www.GrossPolowy.com/

January 23, 2023

Hon. Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT vs. Rohit Nanan, et al.
Civil Action No.    20-cv-00849

Dear Judge Kovner:

     Please accept this letter as a status with regard to the above referenced foreclosure action.

     A permanent modification was sent to the Defendant on January 9, 2023. Plaintiff is currently awaiting an executed copy of the modification from the Defendant. Should Plaintiff receive a properly executed, notarized modification agreement, we are cautiously optimistic that the matter will be resolved and a discontinuance would be forthcoming.

     If you have any questions, please contact our office at 716-204-1700. Thank you for your time and consideration in this matter.

                                               Respectfully,

                               By:     ___/s/ Tracy M. Fourtner___
                                         Tracy M Fourtner, Esq.